■ JOHN E. GUNTHER, Respondent, v ANCHOR GLASS CONTAINER CORPORATION, Appellant and Third-Party Plaintiff. MICKNICH ELECTRICAL SYSTEMS, INC., Third-Party Defendant-Appellant. [640 NYS2d 830] ▬ Memorandum: The proposed reply brief improperly contains material dehors the record (*see generally, Perry & Sons v Rossi Constr. Corp.*, 36 AD2d 1008). Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.

■ In the Matter of STEPHEN ROBERTS, Petitioner, v PHILIP COOMBE, JR., as Commissioner of Department of Correctional Services, et al. Respondents. [640 NYS2d 829] ▬ Memorandum: Petitioner may proceed on the original record and eight briefs (*see*, 22 NYCRR 1000.5 [f]). There is no filing fee, and assignment of counsel is not available. Present—Green, J. P., Lawton, Callahan, Balio and Boehm, JJ.

■ CNY MECHANICAL ASSOCIATES, INC., Respondent, v FIDELITY AND GUARANTY INSURANCE COMPANY, Appellant. [640 NYS2d 829] ▬ Memorandum: Ernstrom & Dreste has been disqualified in this action and should not be representing defendant on this motion. Moreover, there has been no showing that a trial may be commenced before the appeal is perfected. Present—Green, J. P., Fallon, Doerr, Balio and Davis, JJ.

■ JOSEPH R. CUOZZO, JR., Respondent, v PATRICIA HARCLEROAD, Formerly Known as PATRICIA CUOZZO, Appellant. [639 NYS2d 216] ▬ Memorandum: An order of temporary custody made by Supreme Court is appealable as of right, unlike an order of temporary custody made by Family Court. Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ NIAGARA COUNTY SEWER DISTRICT No. 1 et al., Appellants, v TOWN OF NIAGARA, Respondent. [639 NYS2d 774] ▬ Memorandum: An order that adjourns a motion but does not decide it is not appealable (*see,* CPLR 5701 [a] [2]; *Avis Rent-A-Car Sys. v Edmin Realty Corp.*, 209 AD2d 656; *Abrahamsen v Brockway Glass Co.*, 119 AD2d 612). Present—Lawton, J. P., Wesley, Balio, Davis and Boehm, JJ.